**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **ANTHONY MILLS,** *Plaintiff* | § § § § § § § § § § § § § | |
| **v.** | | **P:26-CV-00017-DC** |
| **ARLENE BLUTH,** *Defendant* | | |

## <u>ORDER</u>

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge David B. Fannin concerning Plaintiff Mills's proposed Complaint and Motion to Proceed *In Forma Pauperis* ("IFP").[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on February 27, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Docs. 1, 2.
[2] Doc. 3.
[3] Fed. R. Civ. P. 72 advisory committee's note.

The report and recommendation was sent via certified mail to the pro se Plaintiff but it was returned as undeliverable.[4] On March 26, 2026, the Court issued an order to Plaintiff to show cause and update his address within seven days.[5] That deadline has since passed. Plaintiff failed to comply with the show cause order and has not filed any objections to the report and recommendation.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Plaintiff's Motion to Proceed IFP is **GRANTED** but the action is **DISMISSED WITHOUT PREJUDICE** because the claims are completely devoid of merit. Dismissal is also appropriate because Plaintiff failed to comply with the Court's order to show cause and update his address.

It is so **ORDERED**.

SIGNED this 9th day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Doc. 5.
[5] Doc. 6.

2